CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEICY CHUNG,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VISTANA VACATION OWNERSHIP, INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-04803-RGK-JC<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL** |

On September 20, 2017, the motion of defendants Vistana Vacation Ownership, Inc. and Starwood Hotels & Resorts Worldwide, LLC (erroneously sued herein as Starwood Hotels & Resorts Worldwide, Inc.) (collectively, "Defendants"), to dismiss the Complaint of plaintiff Keicy Chung ("Mr. Chung") was taken under submission by the Court. (Doc. No. 15.) On October 19, 2017, the Court issued an Order on the motion dismissing this action on the grounds that plaintiff's Complaint failed to state a claim on which relief may be granted. (Doc. No. 17.) On October 24, 2017, the Court corrected the October 19, 2017 Order. (Doc. No. 18.) Therefore, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendants shall have judgment against Mr. Chung;

2. Mr. Chung shall take nothing by way of his complaint in this action; and

3. Defendants shall recover their costs from Mr. Chung as taxed by the Clerk in the amount TO BE DETERMINED BY APPLICATION TO THE CLERK OF COURT.

**IT IS SO ORDERED.**

DATED: November 2, 2017

_____
The Honorable R. Gary Klausner
United States District Judge